IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

**Plaintiff**

vs.  Civil No.: 3:21-cv-777

REAL PROPERTY LOCATED AT
1010 W. GARDEN STREET,
PENSACOLA, FLORIDA,
WITH ALL IMPROVEMENTS AND
APPURTENANCES THEREON

**Defendant**

_____/

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

COMES NOW United States of America, Plaintiff in this action, by and through the undersigned Assistant United States Attorney, and alleges the following in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and Title 18, United States Code, Section 985:

1.  This is a civil action *in rem* brought to enforce the provisions of Title 28, United States Code, Sections 1345 and 1355.

1

2. This Court has *in rem* jurisdiction over the defendant properties pursuant to:

    a. Title 28, United States Code, Section 1355(b)(1)(A), because pertinent acts or omissions giving rise to the forfeiture occurred in the Northern District of Florida; and

    b. Title 28, United States Code, Section 1355(b)(1)(B), because venue properly lies in the Northern District of Florida pursuant to Title 28, United States Code, Section 1395.

3. Venue lies within the Northern District of Florida pursuant to Title 28, United States Code, Section 1395(a), because the action occurred within the Northern District of Florida.

4. The defendant property is: **REAL PROPERTY LOCATED AT 1010 W. GARDEN STREET, PENSACOLA, FLORIDA, WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON**, (hereinafter "defendant property"), more particularly described as:

> **Lot Nineteen (19) and West half (W1/2) of Lot Twenty (20), in Block Fifty Two (52), of The Maxent Tract, according to map of said City copyrighted by Thomas C. Watson in 1906, said property having a frontage of 45 feet on the North side of Garden Street by a depth of 125 feet, Escambia County, Florida.**

5. The defendant property constitute proceeds or are derived from proceeds traceable to violations of Title 18, United States Code, Sections 1343 (Wire Fraud), 1956(a)(1) (Money Laundering), and 1957 (Money Laundering

Involving Financial Transactions Exceeding $10,000) and are subject to civil forfeiture pursuant Title 18, United States Code, Sections 981(a)(1)(A) (incorporating 18 U.S.C. § 1956(c)(7)(A), which incorporates 18 U.S.C. §1961(a)), 981(a)(1)(A), 981(a)(1)(C) and 981(a)(1)(D), as properties involved in transactions or that constitutes proceeds or are derived from proceeds traceable to

6. The facts and circumstances supporting the seizure and forfeiture of the defendant properties are contained in Exhibit A, which is attached hereto and fully incorporated within this Complaint by reference.

WHEREFORE, the United States of America respectfully requests that process of forfeiture be issued against the defendant property, that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed, that the Court decree the condemnation and forfeiture of the properties to the United States for disposition according to law and that the United States be granted such other relief as the Court deems just and proper.

Dated this 18th day of May, 2021.

                Respectfully submitted,

                JASON R. COODY
                Acting United States Attorney

                */s/ Andrew J. Grogan*
                ANDREW J. GROGAN
                Assistant United States Attorney
                Northern District of Florida
                Florida Bar No. 85932
                111 North Adams Street, Fourth Floor
                Tallahassee, Florida 32301
                (850) 942-8430
                andrew.grogan@usdoj.gov

## DECLARATION

I, Jennifer W. Joiner, am a Special Agent with the Federal Bureau of Investigation, currently assigned to the Jacksonville Resident Office in Pensacola, Florida.

I have read the contents of the foregoing Complaint for forfeiture, and the Exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of May, 2021.

                                                    _____
                                                    JENNIFER W. JOINER
                                                    Special Agent
                                                    Federal Bureau of Investigation

**STATE OF FLORIDA**
**COUNTY OF ESCAMBIA**

The foregoing was sworn before me this 18th day of May, 2021, by Special Agent Jennifer W. Joiner, who is personally known to me or has produced _____ as identification.

                                                    _____
                                                    Notary Public

5



NILSA N. CLARKE
Commission # GG 212885
Expires April 30, 2022
Bonded Thru Troy Fain Insurance 800-385-7019